**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00863-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JEFFREY A. KEY,

     Plaintiff,

v.

PITKIN COUNTY JAIL,
DON BIRD, ADMINISTRATOR, and
JOE DiSALVO, SHERIFF,

     Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Jeffrey A. Key is detained in the Pitkin County Detention Center in Aspen, Colorado.   On April 15, 2016, Plaintiff filed *pro se* a Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs.   (ECF Nos. 1, 3).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order.   Plaintiff is directed to cure the following if he wishes to pursue the claims in this action.   Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___     is not submitted
(2)    ___     is missing affidavit
(3)    xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement must be certified by the warden or other appropriate officer of the institution in which

|      |     | you are confined) |
|------|-----|-------------------|
| (4)  | ___ | is missing certificate showing current balance in prison account |
| (5)  | ___ | is missing required financial information |
| (6)  | xx  | is missing authorization to calculate and disburse filing fee payments |
| (7)  | ___ | is missing an original signature by the prisoner |
| (8)  | xx  | is not on proper form (must use the court's current form) |
| (9)  | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | xx  | other: motion and supporting documents are necessary only if filing and administrative fees totaling $400.00 are not paid in advance. |

**Complaint, Petition or Application**:

| (11) | ___ | is not submitted |
| (12) | ___ | is not on proper form |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ____ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | names in caption do not match names in text |
| (17) | ___ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | ___ | other: _____. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.   It is

FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff the court-approved form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.   It is

FURTHER ORDERED that Plaintiff may also obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant) at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 18, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge